COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 June 18, 2015
 No. 10-13-00174-CV
 TOM MADDUX, INDIVIDUALLY AND DBA LOST PRAIRIE CYCLES; 
 AKA THOMAS EARL MADDUX
 v.
 MICHAEL D. REID
 
 
 From the 87[th] District Court
 Limestone County, Texas
 Trial Court No. 29,549-A
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's judgment signed on May 9, 2013 is affirmed.
 It is further ordered that Michael D. Reid is awarded judgment against Tom Maddux, Individually and d/b/a/ Lost Prairie Cycles, for Michael D. Reid's appellate costs that were paid, if any, by Michael D. Reid; and all unpaid appellate court costs, if any, are taxed against Tom Maddux, Individually and d/b/a/ Lost Prairie Cycles.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk